Exhibit 67A - restitution calculation based on a fourteen-hour day; offsets credited for room and board and in-kind payments to TE's children

| Min. Wage | Beginning date | Ending Date | Reg pay hrs/wk | Reg pay per week | # of weeks | year total | Notes |
|---|---|---|---|---|---|---|---|
| $5.15/hr | 5/4/99 | 12/31/99 | 98 | 504.7 | 35 | 17664.5 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| 2000 | 1/1/00 | 12/31/00 | 98 | 504.7 | 52 | 26244.4 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| 2001 | 1/1/01 | 12/31/01 | 98 | 504.7 | 52 | 26244.4 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| 2002 | 1/1/02 | 12/31/02 | 98 | 504.7 | 52 | 26244.4 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| 2003 | 1/1/03 | 12/31/03 | 98 | 504.7 | 52 | 26244.4 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| 2004 | 1/1/04 | 12/31/04 | 98 | 504.7 | 52 | 26244.4 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| 2005 | 1/1/05 | 12/31/05 | 98 | 504.7 | 52 | 26244.4 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| 2006 | 1/1/06 | 12/31/06 | 98 | 504.7 | 52 | 26244.4 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| 2007 | 1/1/07 | 7/23/07 | 98 | 504.7 | 29 | 14636.3 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| $5.85/hr | 7/24/07 | 7/23/08 | 98 | 573.3 | 52 | 29811.6 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| $6.55/hr | 7/24/08 | 7/23/09 | 98 | 641.9 | 52 | 33378.8 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| $7.25/hr | 7/24/09 | 8/12/09 | 98 | 710.5 | 3 | 2131.5 | Based upon estimate that TE worked 14 hours a day, seven days a week. |
| | | | preliminary restitution total | | | 281333.5 | |
| | | | subtract room and board credit | | | - $13872 | |
| | | | for two months | | | + 400 | |
| | | | subtract tuition paid by defendants | | | - $7656 | |
| | | | subtract credit for housing of TE children | | | - $6048 | |
| | | | of TE children | | | -945 | |
| | | | restitution total | | | $253,212.50 | |
| | | | liquidated restitution total | | | $506,425.00 | |