## UNITED STATES OF AMERICA

### vs.

## GLORIA EDWARDS and ALFRED EDWARDS, JR.

**Criminal No. DKC 2011-0316          GOVERNMENT'S SENTENCING HEARING Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description / Bates # |
|---|---|---|---|---|
| 1 | Apr 23 2013 | May 7 2013 | M. Winkley | Email recovered in SW – SW 2079 |
| 2 | Apr 23 2013 | May 7 2013 | M. Winkley | Transcript of Consensual Call |
| 2A | Apr 23 2013 | May 7 2013 | M. Winkley | Final Transcript of Consensual Call |
| 3 | Apr 23 2013 | May 7 2013 | M. Winkley | Summary of Western Union transactions to Cecile Tan (stipulated by defense) |
| 4 | Apr 23 2013 | | M. Winkley | Prince George's Co. Food Stamps / Medical Assistance application part 2 – completed by Dft Alfred Edwards, Jr. / Edwards 1580-84 |
| 5 | Apr 23 2013 | | M. Winkley | Verification of Rent and Living Arrangements – completed by Dft Alfred Edwards, Jr. / Edwards 1601 |
| 6 | Apr 23 2013 | | M. Winkley | Prince George's Co. Benefit History Listing for Teresita Edwards |
| 7 | Apr 23 2013 | May 7 2013 | M. Winkley | Summary of Western Union transactions to Criselda Tabanera (stipulated by defense) |
| 8 | Apr 23 2013 | May 7 2013 | M. Winkley | Emails recovered in SW re: collections and expenses IN the Philippines / SW 1608-1612, SW 1622-27 & SW 1629 |
| 14A | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Gloria Edwards 2/25/10 / Edwards 1235-43 (entire exhibit) |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description / Bates # |
|---|---|---|---|---|
| 15 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Alfred Edwards, Jr. 2/25/10 / Edwards 1229-34 (entire exhibit) |
| 16 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Teresita Edwards 9/21/09 / Edwards 1190-94 (highlighted portion(s) in yellow) |
| 17 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Teresita Edwards 11/23/09 / Edwards 1196-1204 (highlighted portion(s) in yellow) |
| 18 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Teresita Edwards 12/23/09 / Edwards 1207-11 (highlighted portion(s) in yellow) |
| 19 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Teresita Edwards 4/9/10 / Edwards 1272-76 (highlighted portion(s) in yellow) |
| 20 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Teresita Edwards 9/13/10 / Edwards 1277-82 (highlighted portion(s) in yellow) |
| 21 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302- Teresita Edwards 1/19/12 / Edwards 1807-11 (highlighted portion(s) in yellow only) |
| 22 | Apr 23 2013 | | M. Winkley | FBI 302 – Sonja Coleman Brookins 4/3/12 / Edwards 1814-16 |
| 23 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Earskine Cooper 9/7/10 / Edwards 1248-50 (highlighted portion(s) in yellow) |
| 24 | Apr 23 2013 | | M. Winkley | FBI 302 – Marion Dizon 1/10/11 / Edwards 1077-79 |
| 25 | Apr 23 2013 | | M. Winkley | FBI 302 – Marion Dizon 2/7/11 / Edwards 1080-84 |
| 26 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Marion Dizon 3/14/11 / Edwards 1085-89 (highlighted portion(s) in yellow) |
| 27 | Apr 23 2013 | | M. Winkley | FBI 302 – Mark Lara 1/24/12 / Edwards 1090-91 |

| Exhibit No. | Identification | Admitted | Witness | Description / Bates # |
|:---:|:---:|:---:|:---:|:---|
| 28 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Marietta Mendoza 3/12/10 / Edwards 1092-96 |
| 29 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Cassandra Nelson 4/6/10 / Edwards 1097-1101 (highlighted portion(s) in yellow) |
| 30 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Cassandra Nelson 11/30/10 / Edwards 1253-54 (highlighted portion(s) in yellow) |
| 31 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Cassandra Nelson 5/12/11 / Edwards 1102-03 (highlighted portion(s) in yellow) |
| 32 | Apr 23 2013 | | M. Winkley | FBI 302 – Cassandra Nelson 4/18/12 / Edwards 1812 |
| 33 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Lolita O'Donnel 1/6/11 / Edwards 1284-86 (highlighted portion(s) in yellow) |
| 34 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Larry Oates 3/18/10 / Edwards 1255-56 |
| 35 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Maria Pineda 9/3/10 / Edwards 1262-66 (highlighted portion(s) in yellow) |
| 36 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Maria Pineda 12/8/10 / Edwards 1257-61 (highlighted portion(s) in yellow only) |
| 37 | Apr 23 2013 | | M. Winkley | FBI 302 – Jocelyn Razo 1/10/11 / Edwards 1120-22 |
| 38 | Apr 23 2013 | | M. Winkley | FBI 302 – Jocelyn Razo 2/7/11 / Edwards 1123-25 |
| 39 | Apr 23 2013 | | M. Winkley | FBI 302 – Jocelyn Razo 3/14/11 / Edwards 1127-29 |
| 40 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Charles Swann 4/11/11 / Edwards 1132-33 (highlighted portion(s) in yellow) |
| 41 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Charles Swann 5/9/11 / Edwards 1289-90 (highlighted portion(s) in yellow) |

| Exhibit No. | Identification | Admitted | Witness | Description / Bates # |
|---|---|---|---|---|
| 42 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Marilyn Swann 5/2/11 / Edwards 1134-35 (highlighted portion(s) in yellow) |
| 43 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Evelyn Tafalla 5/2/11 / Edwards 1137-40 (highlighted portion(s) in yellow) |
| 44 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Evelyn Tafalla 5/4/11 / Edwards 1141-43 (highlighted portion(s) in yellow) |
| 45 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Evelyn Tafalla 5/5/11 / Edwards 1144-48(highlighted portion(s) in yellow) |
| 46 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Romeo Tafalla 2/7/11 / Edwards 1152-54 (highlighted portion(s) in yellow and in blue) |
| 47 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Cecile Tan 5/3/11 / Edwards 1155-58 (highlighted portion(s) in yellow) |
| 48 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Cecile Tan 4/10/12 (highlighted portion(s) in yellow) |
| 49 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Cecile Tan 5/5/11 / Edwards 1159-61 |
| 50 | Apr 23 2013 | | M. Winkley | FBI 302?? – Mark Lara 12/3/12 |
| 51 | Apr 23 2013 | May 7 2013 | J. Razo | Teresita Edwards' Visa Application – completed by Razo |
| 52 | Apr 23 2013 | May 7 2013 | J. Razo | Receipt and Notes recovered in SW re: payment to Razo for bringing Teresita Edwards to U. S. / SW 835-837 |
| 53 | Apr 23 2013 | May 7 2013 | M. Winkley | Documents recovered from SW re: payment to Estate of David Edwards / SW 835, 877-879 |

| Exhibit No. | Identification | Admitted | Witness | Description / Bates # |
|:---:|:---:|:---:|:---:|:---|
| 54 | Apr 23 2013 | May 7 2013 | M. Winkley | Documents recovered from SW re: efforts to gain permanent status for people other than Teresita Edwards / SW 942, 1346-55, 1361-89, 1391-96, 1440-09, 1412, 1414-20, 1428-33 |
| 55 | Apr 23 2013 | May 7 2013 | M. Winkley | Documents recovered from SW re: Teresita Edwards' INS paperwork / SW 299-304, 307-36, 343, 347-67, 369-390, 392-400, 491-498, 743, 759, 3528, 3558-79, 3450 |
| 56 | Apr 23 2013 | May 7 2013 | J. Razo | Excerpts of Teresita Edwards' A-file / Edwards 527-532, 348-351, 18, 156-159, 262-63, 382-94, 103-11 |
| 57 | Apr 23 2013 | May 7 2013 | M. Winkley | Excerpts of Prince George's Co. Social Services file for Teresita Edwards / Edwards 1548-1623 |
| 58 | Apr 23 2013 | May 7 2013 | M. Winkley | Documents recovered from SW re: Teresita Edwards' Applications to Prince George's County Social Services / SW 50-61, 64, 67-68, 70-73, 76-110, 114, 117-20, 299,553-64, 565-75, 581-85, 593, 597-98, 603, 619, 621-29, 631-32, 643-44, 646, 648-51, 654, 658-59, 1433, 1674-77, 1690-96 |
| 59 | Apr 23 2013 | May 7 2013 | M. Winkley | Photos from SW – 4 pages re: Alfred Edwards, Jr.'s office, and documents found therein and master bedroom |
| 60 | Apr 23 2013 | May 7 2013 | M. Winkley | Excerpts from documents Teresita Edwards gave to Cassandra Nelson, provided to FBI by Nelson / Edwards 3645, 3659, 3666-67, 3669-3700, 3702-37, 3740, 3742-47, 3750-78 |
| 61 | Apr 23 2013 | May 7 2013 | M. Winkley | Emails recovered in SW / SW 1643-47, 2048-49, 1804-07, 1795-98, 2014-16, 1815-16 |
| 63 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Cecile Tan 12/15/12 |

| Exhibit No. | Identification | Admitted | Witness | Description / Bates # |
|---|---|---|---|---|
| 64 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Alfred Edwards, Jr. 2/25/10, 2d statement / Edwards1226-27 (entire exhibit) |
| 65 | Apr 23 2013 | | M. Winkley | FBI 302 – Marion Dizon 4/16/12 |
| 67 | Apr 23 2013 | | M. Lara | Demonstrative – Updated Restitution Calculation 2 |
| 69 | Apr 23 2013 | May 7 2013 | M. Winkley | Petition filed by Defendants on 3/22/13 |
| 70 | Apr 23 2013 | May 7 2013 | M. Winkley | FBI 302 – Ramona Joy Achoki 1/25 and 1/26/12, and attachments / Edwards 001061-65, 1010-13 (highlighted portion(s) in yellow only) |
| 71 | Apr 23 2013 | May 7 2013 | M. Winkley | Bank records showing deposit of David Edwards' retirement money and spending for Defendants' own purposes / Edwards 000729, 731, 751, 753 |
| 72 | Apr 23 2013 | May 7 2013 | M. Winkley | Copy of Restitution Check |
| 73 | Apr 24 2013 | May 7 2013 | M. Winkley | Documents recovered in SW / SW 942-1042 |
| 74 | Apr 24 2013 | May 7 2013 | M. Winkley | Documents recovered in SW / SW 851-863 |