# UNITED STATES OF AMERICA

## vs.

## GLORIA EDWARDS and ALFRED EDWARDS, JR.

**Criminal No. DKC 2011-0316**          **DEFENDANTS' SENTENCING Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| **DEFENDANTS' EXHIBITS FROM SUPPLEMENTAL FILING – PAPER #81** | | | | |
| 2 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of condo area in Philippines |
| 5 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of apartment |
| 6 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of front of apartment after renovation |
| 7 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of front of apartment before renovation |
| 9 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Teresita's children |
| 32 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita with Lolita's sons |
| 33 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Melissa's softball game (Teresita at far left) |
| 34 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Gloria, Teresita and Melissa |
| 44 | Apr 23 2013 | May 7 2013 | S. Brookins | Photo of Teresita Edwards |
| 45 | Apr 23 2013 | May 7 2013 | S. Brookins | Photos (2) of Teresita outside of Edwards' home and in driveway |
| 46 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group |
| 48 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group |
| 50 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Tafalla family |
| 51 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Peter Pan |
| 52 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of family at zoo |
| 54 | Apr 24 2013 | May 7 2013 | L. Stock | Photo of group at family wedding in Fort Myers |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 55 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photos (2) from wedding reception |
| 58 | Apr 23 2013 | May 7 2013 | S. Brookins | Photo of group including Teresita and Gloria (far left) |
| 59 | Apr 24 2013 | May 7 2013 | E. J. Harris | Photo of Julie Harris' House in Philippines |
| 60 | Apr 24 2013 | May 7 2013 | E. J. Harris | Photo of group in front of house |
| 61 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photos (2) of group at Columba Church in Oxon Hill, MD |
| 63 | Apr 23 2013 | May 7 2013 | S. Brookins | Photo of Teresita in vehicle with others (far back left) |
| 64 | Apr 24 2013 | May 7 2013 | L. Stock | Photo of group near water |
| 65 | Apr 24 2013 | May 7 2013 | L. Stock | Photo of group in front of bowling alley |
| 66 | Apr 24 2013 | May 7 2013 | L. Stock | Photo of group on bed in hotel room |
| 67 | Apr 24 2013 | May 7 2013 | L. Stock | Photo of group in front of convention center |
| 68 | Apr 24 2013 | May 7 2013 | L. Stock | Photo of group with other bowlers from Utah at dining table |
| 70 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of dining room at Officers' Club |
| 71 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita and Gloria at Officers' Club |
| 72 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group in Edwards' kitchen |
| 73 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Columba Church |
| 74 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita Edwards |
| 75 | Apr 23 2013 | May 7 2013 | S. Brookins | Photo of interior of bowling alley |
| 76 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photos (2) of group at Christmastime |
| 77 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita next to Christmas tree |
| 78 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Gary and Teresita |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 81 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group at airport |
| 82 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Emmanuel, Tes and Anita seated at airport |
| 83 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group at airport |
| 84 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group in cabin |
| 85 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of friend, Tessie and Anita |
| 86 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group on shore excursion in front of ship |
| 87 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Tessie on shore excursion |
| 88 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Tessie, Gloria and Lolita in dining hall |
| 89 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of 2 persons at dining table |
| 90 | Apr 23 2013 | May 7 2013 | M. Stock | Photo in cabin |
| 91 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of persons in cabin |
| 92 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group at karaoke bar |
| 93 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Gloria, Lolita and Tessie at karaoke bar |
| 94 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group at dance club |
| 95 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group dancing |
| 96 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group at formal dinner |
| 97 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group on land excursion, possibly on Cayman Island |
| 98 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group similar to that in #97 |
| 99 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita on boat launch |
| 100 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of group on land excursion |
| 101 | Apr 23 2013 | May 7 2013 | M. Stock | Photo from Captain's Night Gala |
| 102 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of dining room – Miguel, Tessie (in middle) and Anita |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 104 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Tessie, Lingbo Dinglasan and Lina |
| 105 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group on cruise dance floor with Filipino band members |
| 106 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photos (2) of Noel and Gary |
| 107 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photos of Cecile and Gary |
| 109 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at dining table |
| 110 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Gloria's friend's house with potluck / buffet meal |
| 111 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group in front of pot luck / buffet meal |
| 112 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group prior to meal |
| 113 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photos (2) of visit to friend Christine |
| 114 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita at Officers' Club |
| 115 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita at Officers' Club |
| 116 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Officers' Club |
| 117 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Officers' Club |
| 118 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Officers' Club |
| 119 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Lolita's nephew, Anita, Gloria and Teresita |
| 120 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group |
| 121 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo atfather's gravesite |
| 122 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo at father's gravesite |
| 123 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photos (2) from Parklawn Cemetery |
| 124 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Anita and Teresita |
| 125 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group during visit to friend in Rockville |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 126 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita and 2 nieces at Officers' Club |
| 127 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita |
| 128 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita, Gloria, Anita and Evelyn |
| 129 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita in kitchen |
| 130 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita near counter |
| 131 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Congressional Club |
| 132 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Similar Photo to that in #131 |
| 134 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Chesapeake Beach Club |
| 135 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita at Chesapeake Beach Club |
| 136 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of Teresita at National Harbor |
| 137 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at National Harbor |
| 138 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group eating at Maggiano's |
| 139 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group in front of Maggiano's |
| 146 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Edwards' residence |
| 148 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of |
| 149 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of group at Lolita's residence |
| 151 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of family / friends in Edwards' kitchen |
| 163 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Edwards' home |
| 164 | Apr 23 2013 | May 7 2013 | M. Stock | Aerial Photo of Edwards' street |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 167 | Apr 23 2013 | May 7 2013 | S. Brookins | Floor plan of first floor of Edwards' house |
| 169 | Apr 23 2013 | May 7 2013 | M. Stock | Photo of Anita and Gloria in kitchen |
| 171 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of family room and kitchen |
| 172 | Apr 24 2013 | May 7 2013 | L. O'Donnell | Photo of kitchen table |
| 185 through 195 | Apr 23 2013 | May 7 2013 | M. Winkley | Series of Photos of downstairs apartment where Teresita and David Edwards lived in Edwards' residence |
| | | | | |
| **DEFENDANTS' NEW EXHIBITS INTRODUCED DURING HEARING** | | | | |
| 2 | April 24 2013 | May 7 2013 | M. Winkley | E-mail to Agt. Winkley from Martina Vandenberg |
| 3 | Apr 24 2013 | May 7 2013 | M. Winkley | Photographs (3) of Teresita, Gloria, Anita and others |
| 4 | Apr 24 2013 | May 7 2013 | M. Winkley | Photographs (2) of Teresita in snow in front of Edwards' house |
| 5 | Apr 24 2013 | May 7 2013 | M. Winkley | Copy of Gloria Edwards' passport |
| 6 | Apr 24 2013 | May 7 2013 | M. Winkley | Copy of David Edwards' passport |
| 7 | Apr 24 2013 | May 7 2013 | M. Winkley | Copy of Anita Tafalla's passport |
| 8 | Apr 24 2013 | May 7 2013 | M. Winkley | Copy of Alfred Edwards, Jr.'s passpsort |
| 9 | Apr 24 2013 | May 7 2013 | | Letter dated 3/8/2013 from Sedwon Jang, M.D. to the Court re: Medical Status of Alfred Edwards, Jr. |
| 10 | Apr 24 2013 | May 7 2013 | M. Winkley | Letter dated 4/3/2009 from Teresita to Ms. Nesbitt re: Surgery |
| 11 | Apr 24 2013 | May 7 2013 | M. Winkley | E-mail from Gloria and Alfred Edwards to Cecile Tan, which was forwarded by Martina Vandenberg to Agt. Winkley |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 12 | Apr 24 2013 | May 7 2013 | M. Winkley | Civil Complaint for Civil Case No. DKC 12-3761 |
| 13 | Apr 24 2013 | May 7 2013 | M. Winkley | Docket Sheet for Civil Case No. DKC 12-3761 |
| 14 | Apr 24 2013 | May 7 2013 | M. Winkley | 2 documents re: physicians' care of Teresita seized during execution of Search Warrant (1 from John George, M.D. and 1 from Imelda Miranda, M.D.) |

Exhibit List (Rev. 3/1999)